# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 17, 2020

Clerk
United States Court of Appeals
  for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303-2218

      **Re:**   **Gerald Lynn Bostock**
             **v. Clayton County, Georgia,**
             **No. 17-1618 (Your docket No. 17-13801)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                              Sincerely,

                                              SCOTT S. HARRIS, Clerk

                                              By   /s/ Hervé Bocage

                                              Hervé Bocage
                                              Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 17, 2020

Mr. Brian John Sutherland, Esq.
Buckley Beal, LLP
600 Peachtree Street NE
Suite 3900
Atlanta, Georgia 30308

      **Re:  Gerald Lynn Bostock**
           **v. Clayton County, Georgia,**
           **No. 17-1618**

Dear Mr. Sutherland:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eleventh Circuit.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of record:** | $4,862.20 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $5,162.20 |

    This amount may be recovered from the respondent.

                                                  Sincerely,

                                                  SCOTT S. HARRIS, Clerk

                                                  By *[signature]*
                                                  Herve' Bocage
                                                  Judgments/Mandates Clerk

cc:  All counsel of record
     Clerk, USCA 11th Cir.
         (Your docket No. 17-13801)

# Supreme Court of the United States

No. 17-1618

**GERALD LYNN BOSTOCK,**

                              Petitioner

v.

**CLAYTON COUNTY, GEORGIA**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eleventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Gerald Lynn Bostock recovers from Clayton County, Georgia, Five Thousand One Hundred and Sixty-Two Dollars and Twenty Cents ($5,162.20) for costs herein expended.

June 15, 2020

| | |
|---|---|
| **Printing of record:** | $4,862.20 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $5,162.20 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States